# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 0477**

The person charged as __MARTINEZ-Velazquez, Agustin__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the __Southern__ District of __New York__ on __01/28/08__ with: __Title 21 USC 846__ in violation of:

**Conspiracy to Distribute Cocaine**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __02/19/08__

__Brian Caserta__
CI - Deputy United States Marshal

Reviewed and Approved

DATE: 2-19-08

_____
Assistant United States Attorney

CR 12 (Rev. 5/03)　　　　　　　　　　　WARRANT FOR ARREST　　　　　　　　　Todd Blanche 212-637-2494

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>AGUSTIN MARTINEZ-VELAZQUEZ | DOCKET NO.<br>**08 CRIM** | MAGISTRATE'S CASE NO.<br>**069** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>AGUSTIN MARTINEZ-VELAZQUEZ | |
| WARRANT ISSUED ON THE BASIS OF:  ☐ Order of Court<br>X Indictment   Information   Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to distribute cocaine

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>21 | SECTION<br>846 |
|---|---|---|
| | BAIL | OTHER CONDITIONS OF RELEASE |
| ORDERED BY<br><br>CLERK OF COURT | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>S/<br>(BY) DEPUTY CLERK | DATE ORDERED<br>JAN 2 8 2008<br>DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

          - v. -

AGUSTIN MARTINEZ-VELAZQUEZ,
    a/k/a "Sepi,"

            Defendant.

- - - - - - - - - - - - - - - - - - - - - x

INDICTMENT

08 Cr.

### COUNT ONE

The Grand Jury charges:

1.    From at least in or about July 2006, through at least in or about August 2007, in the Southern District of New York and elsewhere, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and object of the conspiracy that AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, 5 kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21 of the United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about July 27, 2006, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, spoke on the telephone with a co-conspirator not named as a defendant herein ("CC-1") about the delivery of kilogram quantities of cocaine.

b. On or about July 29, 2006, AGUSTIN MARTINEZ-VELAZQUEZ, a/k/a "Sepi," the defendant, spoke on the telephone with CC-1 about a narcotics transaction.

(Title 21, United States Code, Section 846.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

AGUSTIN MARTINEZ-VELAZQUEZ,
a/k/a "Sepi,"

Defendant.

---

INDICTMENT

08 Cr.

(Title 21, United States Code,
Section 846.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 1

| 1. Program Code<br>P-NY-05-0096 | 2. Cross  Related Files<br>File | 3. File No.<br>CT-05-0047 | 4. G-DEP Identifier<br>YNC1J |
|---|---|---|---|
| 5. By: Det John Barry<br>At: NYD-NYDETF T-41 | ☐<br>☐<br>☐ | 6. File Title<br>CARELA, Jorge | |
| 7. ☐ Closed ☐ Requested Action Completed<br>☐ Action Requested By: | ☐<br>☐ | 8. Date Prepared<br>1-28-2008 | |
| 9. Other Officers: | | | |
| 10. Report Re: Fugitive delcared for Agustin MARTINEZ-VELAZQUEZ | | | |

**DETAILS**

1. Reference is directed to all DEA 6 reports written under the above listed File No. and Title

2. On 1-28-08, the Honorable, United States Magistrate Judge Debra Freeman in the Southern District of New York issued an arrest warrant for Agustin MARTINEZ-VELAZQUEZ charging MARTINEZ-VELAZQUEZ with violation of Title 21 USC code 846, Narcotics Conspiracy.

3. Efforts to locate and arrest MARTINEZ-VELAZQUEZ have been met with negative results. Primary apprehension responsibility is being given to the United States Marshals Service of the Southern District of New York. A photograph, a DEA-202, a copy of the warrant, a copy of the indictment, and this DEA-6 will be provided to the United States Marshals Service.

**INDEXING**

1. MARTINEZ-VELAZQUEZ, Agustin- NADDIS # 6483684 Indicted in the SDNY for narcotics conspiracy charges. MARTINEZ-VELAZQUEZ has been declared a fugitive

| 11. Distribution:<br>Division SARI, EPIC<br>District Fug Cord.<br>Other | 12. Signature (Agent)<br>Detective John Barry | 13. Date<br>01-28-2008 |
|---|---|---|
| | 14. Approved (Name and Title)<br>Anthony Cesarano<br>Group Supervisor | 15. Date<br>01-28-2008 |

DEA Form - 6
(Jul. 1996)
JWB

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI | |
|---|---|---|---|
| SUBMISSION YES ☐ | MM DD YY | CONTRIBUTOR ADDRESS | CAINS0500 USINS SAN YSIDRO, CA |
| TREAT AS ADULT YES ☐ | 02-17-08 | REPLY DESIRED? YES ☐ | |

| SEND COPY TO: (ENTER ORI) | DATE OF OFFENSE MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) GUADALAJARA, MX | COUNTRY OF CITIZENSHIP MEXICO |

MISCELLANEOUS NUMBERS

SCARS, MARKS, TATTOOS, AND AMPUTATIONS

RESIDENCE/COMPLETE ADDRESS | CITY | STATE

OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER): BAGUN #7588

LOCAL IDENTIFICATION/REFERENCE

PHOTO AVAILABLE? YES ☐
PALM PRINTS TAKEN? YES ☐

EMPLOYER: IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY. IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.

OCCUPATION

CHARGE/CITATION
1.
2.
3.
ADDITIONAL

DISPOSITION
1.
2.
3.
ADDITIONAL

ADDITIONAL INFORMATION/BASIS FOR CAUTION

STATE BUREAU STAMP

FD-249(REV. 5-11-99) GPO U.S. GOVERNMENT PRINTING OFFICE: 2006-320-398/80093