1 | GRETCHEN C. VON HELMS, ESQ.
California State Bar No. 156518
2 | 105 West "F" Street, Third Floor
San Diego, California 92101-6036
3 | Telephone (619) 239-1199
gvh@ronisandronis.com
4

5

6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA,        )   Case No. 08MJ0477
                                     )
11 |         Plaintiff,               )
                                     )
12 | v.                               )   SUBSTITUTION OF ATTORNEY
                                     )
13 | AGUSTIN MARTINEZ-VELAZQUEZ,      )
                                     )
14 |         Defendant.               )
                                     )
15 

16 | Defendant, AGUSTIN MARTINEZ-VELAZQUEZ, hereby substitutes GRETCHEN

17 | C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego,

18 | California, telephone (619) 239-1199, as attorney of record in place and stead of Gregory

19 | Murphy, Esq. located at 225 Broadway, 9th Floor, San Diego, CA 92101

20

21 | Dated: 2·28·08                          _____
                                             AGUSTIN MARTINEZ-VELAZQUEZ
22

23

24

25

26

27

28

Substitution of Attorney
United States vs. AGUSTIN MARTINEZ-VELAZQUEZ
================================================================

I consent to the above substitution.

Dated: _____                *see attached*
                                    _____
                                    GREG MURPHY
                                    Attorney of Record

Above substitution accepted.

Dated: February 26, 2008            S/GRETCHEN C. VON HELMS
                                    _____
                                    GRETCHEN C. Von HELMS
                                    Substituted Attorney for Martinez-Velazquez

### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Gregory Murphy**
   gregory_murphy@fd.org, cori_cardona@fd.org

**U S Attorney CR**
   Efile.dkt.gc2@usdoj.gov

Dated: February 26, 2008
                                    _____
                                    GRETCHEN C. VON HELMS
                                    ATTORNEY FOR Martinez-Velazquez

Substitution of Attorney
United States vs. AGUSTIN MARTINEZ-VELAZQUEZ

I consent to the above substitution.

Dated: 2/28/08

GREG MURPHY
Attorney of Record

Above substitution accepted.

Dated: February 26, 2008

S/GRETCHEN C. VON HELMS
GRETCHEN C. Von HELMS
Substituted Attorney for Martinez-Velazquez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Gregory Murphy**
gregory_murphy@fd.org, cori_cardona@fd.org

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: February 26, 2008

GRETCHEN C. VON HELMS
ATTORNEY FOR Martinez-Velazquez