1  GRETCHEN C. VON HELMS, ESQ.
   California State Bar No. 156518
2  105 West "F" Street, Third Floor
   San Diego, California 92101-6036
3  Telephone (619) 239-1199
   gvh@ronisandronis.com

FILED
MAR - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 08MJ0477 |
|---|---|
| Plaintiff, | |
| v. | SUBSTITUTION OF ATTORNEY |
| AGUSTIN MARTINEZ-VELAZQUEZ, | |
| Defendant. | |

Defendant, AGUSTIN MARTINEZ-VELAZQUEZ, hereby substitutes GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, as attorney of record in place and stead of Gregory Murphy, Esq. located at 225 Broadway, 9th Floor, San Diego, CA 92101

Dated: 2-28-08

_____
AGUSTIN MARTINEZ-VELAZQUEZ

Substitution of Attorney
United States vs. AGUSTIN MARTINEZ-VELAZQUEZ
================================================================

I consent to the above substitution.

Dated: _____                     *see attached*
                                       _____
                                       GREG MURPHY
                                       Attorney of Record

   Above substitution accepted.

Dated: February 26, 2008               S/GRETCHEN C. VON HELMS
                                       _____
                                       GRETCHEN C. Von HELMS
                                       Substituted Attorney for Martinez-Velazquez

### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Gregory Murphy**
   gregory_murphy@fd.org, cori_cardona@fd.org

**U S Attorney CR**
   Efile.dkt.gc2@usdoj.gov

Dated: February 26, 2008               _____
                                       GRETCHEN C. VON HELMS
                                       ATTORNEY FOR Martinez-Velazquez

IT IS SO ORDERED
Dated: 3/4/08

_____
William McCurine, Jr.
U.S. Magistrate Judge

```
 1 | Substitution of Attorney
   | United States vs. AGUSTIN MARTINEZ-VELAZQUEZ
 2 |==========================================================
 3 |
   |     I consent to the above substitution.
 4 |
 5 | Dated: 2/28/08                        _____
   |                                       GREG MURPHY
 6 |                                       Attorney of Record
 7 |     Above substitution accepted.
 8 |
   | Dated: February 26, 2008              S/GRETCHEN C. VON HELMS
 9 |                                       GRETCHEN C. Von HELMS
   |                                       Substituted Attorney for Martinez-Velazquez
10 |
11 |                         CERTIFICATE OF SERVICE
12 |
   |     Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
13 |
   | her information and belief, and that a copy of the foregoing document has been served this day upon:
14 |
15 |   Gregory Murphy
   |     gregory_murphy@fd.org, cori_cardona@fd.org
16 |
   |   U S Attorney CR
17 |     Efile.dkt.gc2@usdoj.gov
18 |
19 | Dated: February 26, 2008
   |                                       _____
20 |                                       GRETCHEN C. VON HELMS
   |                                       ATTORNEY FOR Martinez-Velazquez
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |
                                            2                                    07mj0984
```